

**SEALED**

1  MCGREGOR W. SCOTT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile:  (16) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**MAY 17 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,       ) Case No.  **2:18 - CR 0 0 0 9 7 MCE**

11 |         Plaintiff,              )

12 |    v.                           ) ORDER TO SEAL

13 | DANNY LEE RHINES                ) (UNDER SEAL)

14 |         Defendants.             )

15 |                                 )

16

17     The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney

18 OWEN ROTH to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the

19 arrest of the defendants or until further order of the Court.

20

21 Dated:  5/17/18              _____
                               ALLISON CLAIRE
22                             United States Magistrate Judge

23

24

25

26

27

28

Order to Seal Indictment