1    HEATHER E. WILLIAMS, SBN 122664
     Federal Defender
2    HOOTAN BAIGMOHAMMADI, SBN 279105
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, Third Floor
4    Sacramento, CA 95814
     T: (916) 498-5700
5    F: (916) 498-5710

6    Attorneys for Defendant
     Mr. Rhines
7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      ) Case No.  2:18CR97-DJC
                                     )
12              Plaintiff,           ) **STIPULATION TO CONTINUE**
                                     ) **DISPOSITIONAL HEARING; FINDINGS AND**
13              vs.                  ) **ORDER**
                                     )
14   DANNY LEE RHINES,              ) Date:   October 31, 2024
                                     ) Time: 9:00 a.m.
15              Defendant.           ) Judge: Hon. Daniel J. Calabretta
                                     )

16                                 **I.**

17                          **STIPULATION**

18   1. The Court previously set this matter for a dispositional hearing to be held on October 31,

19      2024.

20   2. Mr. Rhines requests that the Court continue the hearing to **November 14, 2024 at 9:00**

21      **a.m.** Defense counsel needs additional time to review United States Probation's

22      Dispositional Memorandum with Mr. Rhines and otherwise adequately prepare for

23      sentencing.

24   3. The government does not object to Mr. Rhines' request.

25   4. United States Probation is available on the requested date.

26   IT IS SO STIPULATED.

27   //

28   //

     //

STIPULATION                        -1-                *United States v. Rhines*,
                                                      2:18cr97-DJC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 28, 2024

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Rhines

Date: October 28, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney
Attorneys for Plaintiff

STIPULATION

-2-

*United States v. Rhines*,
2:18cr97-DJC

1

**O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5    IT IS SO ORDERED.

6

7    Dated:  October 28, 2024                    /s/ Daniel J. Calabretta

8                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                           UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION                                 -3-                    *United States v. Rhines*,
                                                                   2:18cr97-DJC